UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-cv-0859 |
| | ) |
| LISA JACKSON, Administrator of the United States Environmental Protection Agency, | ) ) |
| | ) |
| Defendant. | ) |
| | ) |

## EPA'S NOTICE OF LODGING OF PROPOSED CONSENT DECREE

Defendant Lisa P. Jackson, Administrator of the United States Environmental Protection Agency ("EPA"), with this notice lodges with the Court a proposed consent decree that contains the terms of a proposed settlement between EPA and Plaintiff Sierra Club. *See* Exhibit A. *The proposed Consent Decree should not be signed or entered by the Court at this time.*

Pursuant to 42 U.S.C. § 7413(g) and Paragraph 16 of the proposed Consent Decree, after the proposed Consent Decree is lodged with the Court, EPA will submit a notice of the proposed Consent Decree for publication in the Federal Register, and will then accept public comment on the proposed Consent Decree for 30 days. After the close of the public comment period, EPA will review the comments and will move the Court for entry of the proposed Consent Decree if appropriate in light of the comments received.

Pursuant to 42 U.S.C. § 7413(g), the United States reserves the right to withhold or withdraw its consent to the entry of the proposed Consent Decree if the comments received disclose facts which indicate that the proposed judgment is inappropriate, improper, or

inadequate.  At the close of the public comment period, EPA will further advise the Court of the status of its consent to the proposed Consent Decree.

Dated: November 17, 2010                             Respectfully submitted,

                                                                    IGNACIA S. MORENO
                                                                    Assistant Attorney General

                                                                 S/ *Stephanie J. Talbert*
                                                                STEPHANIE J. TALBERT
                                                                U.S. Department of Justice
                                                                Environment & Natural Resources Division
                                                                Environmental Defense Section
                                                                P.O. Box 23986
                                                                Washington, DC 20026-3986
                                                                Phone (202) 514-2617
                                                                Fax (202) 514-8865
                                                                Stephanie.talbert@usdoj.gov

Of Counsel for Defendant:
GAUTAM SRINIVASAN
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Ave. N.W.
Washington, DC 20460

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing NOTICE OF LODGING OF PROPOSED CONSENT DECREE with the clerk of the court for the United States District Court for the District of Columbia using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record:

DAVID C. BENDER
McGillivray, Westerberg & Bender LLC
304 S. Patterson Street
Madison, WI 53703
Phone (608) 310-3560
Fax (608) 310-3561


        /s/ *Stephanie J. Talbert*
STEPHANIE J. TALBERT