UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LISA JACKSON, Administrator of the United )<br>States Environmental Protection Agency, )<br>)<br>Defendant. )<br>) | Case No. 10-cv-0859 |

**STIPULATION OF THE PARTIES TO MODIFY CONSENT DECREE**

WHEREAS, on February 22, 2011, the Court entered a Consent Decree in this matter, which set forth March 31, 2011, as the date by which EPA would take final action on Plaintiff's Title V petition pursuant to 42 U.S.C. § 7661(b)(2); see Docket Entry 18, paragraph 2;

WHEREAS, the Consent Decree allows for modification of any provision of the Consent Decree by written stipulation of the Parties with notice to the Court, see id. at paragraph 6(a);

NOW THEREFORE, the Parties hereby stipulate as follows:

1. EPA is no longer required to take final action on Plaintiff's CAA Title V petition by March 31, 2011.

2. Instead, EPA must take final action on Plaintiff's CAA Title V petition no later than May 2, 2011.

3. With the exception of the above-stated modifications, no other provision of the Consent Decree has been modified.

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| | IGNACIA S. MORENO |
| | Assistant Attorney General |
| *David C. Bender* | *Stephanie J. Talbert* |
| DAVID C. BENDER | STEPHANIE J. TALBERT |
| McGillivray, Westerberg & Bender LLC | United States Department of Justice |
| 304 S. Patterson Street | Environment & Natural Resources Division |
| Madison, WI 53703 | Environmental Defense Section |
| Phone (608) 310-3560 | P.O. Box 23986 |
| Fax (608) 310-3561 | Washington, D.C.  20026-3986 |
| Dated:  March 29, 2011 | Dated:  March 29, 2011 |

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing STIPULATION OF THE PARTIES TO MODIFY CONSENT DECREE with the clerk of the court for the United States District Court for the District of Columbia using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record:

DAVID C. BENDER
McGillivray, Westerberg & Bender LLC
304 S. Patterson Street
Madison, WI 53703
Phone (608) 310-3560
Fax (608) 310-3561


  /s/ *Stephanie J. Talbert*
STEPHANIE J. TALBERT